1
2
3
4
5

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| HM ELECTRONICS, INC., a California corporation,<br><br>           Plaintiff,<br><br>v.<br><br>R.F. TECHNOLOGIES, INC., an Illinois corporation, and BABAK NOORIAN, an individual,<br><br>           Defendants. | Case No.:  12cv2884-BAS-MDD<br><br>**ORDER SETTING ORAL HEARING ON:**<br><br>**JOINT MOTION FOR SANCTIONS, AND**<br><br>**COURT'S OWN MOTION FOR SANCTIONS UNDER RULE 26(g)** |
|---|---|

Pending before this Court is the parties' joint motion re sanctions against Defendants and their attorneys under Rule 37 and the Court's inherent authority.  (ECF No. 288 (sealed version) and 295 (unsealed version)).

**THE PARTIES ARE HEREBY NOTIFIED** that the Court is considering sanctions against Defendants and their attorneys under Rule

1  26(g) for certifications of discovery responses that were false, misleading, or

2  made without first conducting a reasonable inquiry.

3  **THE PARTIES ARE FURTHER NOTIFIED** that Defendants and

4  their attorneys will have the opportunity to be heard on these issues at an

5  oral hearing.

6  **IT IS HEREBY ORDERED** that the hearing on the issue of sanctions

7  against Defendants and their attorneys before Magistrate Judge Mitchell

8  Dembin will be held in Courtroom 1E in the Edward J. Schwartz Courthouse

9  at 221 West Broadway, San Diego, CA 92101 at **10:30 a.m.** on **Wednesday,**

10 **August 5, 2015**.

11

12 **IT IS SO ORDERED.**

13

14 Dated:   July 24, 2015

15                                       Hon. Mitchell D. Dembin
                                         United States Magistrate Judge